## Commonwealth *v.* Roie, Appellant.

Argued December 4, 1973. *John W. Packel,* Assistant Defender, with him *Vincent J. Ziccardi,* Defender, for appellant; *Albert L. Becker,* Assistant District Attorney, with him *David Richman,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.